ANTONIO BUNOMO, Appellant, *v.* JOSEPH H. SCHLITZER, Respondent.

*Bunomo* v. *Schlitzer*, 129 App. Div. 930, affirmed.
(Argued April 1, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 14, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at an Equity Term in an action to compel specific performance of an alleged contract for the sale of an undivided interest in certain lands.

*Hugh J. O'Brien* and *William J. Maloney* for appellant.

*Percival D. Oviatt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.

---

BRIDGET A. GARDNER, as Administratrix of the Estate of JOSEPH P. GARDNER, Deceased, Respondent, *v.* SCHENECTADY RAILWAY COMPANY, Appellant.

*Gardner* v. *Schenectady Ry. Co.*, 134 App. Div. 989, affirmed.
(Argued April 1, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 11, 1909, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been sustained through the negligence of defendant, his employer.

*Lewis E. Carr* and *Daniel Naylon, Jr.*, for appellant.

*Edgar T. Brackett* and *James A. Leary* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.